| AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | | | |
| Agent: | BPA Michael Everson | Telephone: | (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Jorge Enrique CLIMACO-PEREZ

Case: 2:25−mj−30566
Assigned To : Unassigned
Assign. Date : 9/10/2025
Description: CMP USA v Climaco−Perez (SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 30, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1546(a) | Fraud and Misuse of Visas, Permits and Other Documents |

This criminal complaint is based on these facts:
See Attached Affidavit

_____
Michael J. Everson, BPA
United States Border Patrol

☑ Continued on the attached sheet.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 9, 2025__

_____
*Judge's signature*

City and state: __Detroit, MI__     Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Jorge Enrique CLIMACO-PEREZ, which reveals the following:

2. CLIMACO-PEREZ is a twenty-one-year-old male, native and citizen of Guatemala, who last entered the United States at or near an unknown place, on or about an unknown date without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about August 30, 2025, Border Patrol Agents were contacted by Sterling Heights Police requesting assistance to help identify three subjects following a vehicle stop for window tint violation.

4. While on scene, Border Patrol Agents questioned one of the passengers in the vehicle who stated his name was Jorge Enrique CLIMACO-PEREZ. Agents asked CLIMACO-PEREZ if he possessed any documents that would allow him to stay, live, or work in the United States to which he answered "no". Agents asked CLIMACO-PEREZ if he had any identification with him. CLIMACO-PEREZ told the agents that he had two different identifications in his wallet.

5. Agents reviewed both forms of identity. One of the cards was a Lawful Permanent Resident (LAPR) card bearing the name "Jorje PEREZ" with an A-number of XXX XXX 540. The card had his correct date of birth and a true photo image of CLIMACO-PEREZ. Agents asked CLIMACO-PEREZ if the LAPR card belonged to him and he stated that it was his. Agents asked CLIMACO-PEREZ if the card was fraudulent to which he said "yes". CLIMACO-PEREZ said that he paid $500 for the fraudulent card and that he purchased the fraudulent card to gain employment in the United States. CLIMACO-PEREZ was transported to the Detroit Border Patrol Station for

further investigation and processing.

6. Upon arrival at the Border Patrol Station, Jorge Enrique CLIMACO-PEREZ's fingerprints were entered to check for his immigration status and criminal history. Records showed there was no immigration or criminal history pertaining to CLIMACO-PEREZ. An investigation of the LAPR card revealed it as a false identification. The card had a shortened version of his name "Jorje PEREZ", incorrectly spelled and the A-number associated with the card returned to a terminated status bearing the name of a different person who was a citizen of Tanzania, Africa.  Additional immigration record checks also concluded fthere is no evidence of CLIMACO-PEREZ obtaining permanent residence status.

7. Based upon my training and experience, I know that a Lawful Permanent Resident Card is a document prescribed by statute and regulation for entry into or as evidence of authorized stay or employment in the United States.

8. CLIMACO-PEREZ was placed under arrest and was presented for prosecution of a violation of Title 18 USC §1546, Fraud and Misuse of Visas, Permits and Other Documents.

9. Based on the above information, there is probable cause to believe that, on or about August 30, 2025, in the Eastern District of Michigan, Southern Division, CLIMACO-PEREZ did knowingly possess a counterfeit Permanent Resident Card knowing such to be a counterfeit Permanent Resident Card; in violation of Title 18, United States Code, §1546(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge

September 9, 2025